C. DANA HOBART (SBN: 125139)
  Email: dhobart@buchalter.com
POKUAA M. ENIN (SBN: 307071)
  Email: pmenin@buchalter.com
BUCHALTER LLP
1000 Wilshire Boulevard, Suite 1500
Los Angeles, California 90017-2457
Telephone: (213) 891-0700
Facsimile: (213) 896-0400

Attorneys for Plaintiff, TOM CLARK
CONFECTIONS

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOM CLARK CONFECTIONS, a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>KUDO SNACKS CORP., a Wyoming Corporation formerly known as SALVATION NUTRACEUTICALS INC., and doing business as KUDO SNACKS INC. and KUDO SNACKS; and DOES 1-25,<br><br>Defendants. | Case No:  2:26-cv-2841<br><br>**COMPLAINT FOR:**<br><br>**1. BREACH OF CONTRACT;**<br><br>**2. ACCOUNT STATED;**<br><br>**3. OPEN BOOK ACCOUNT;**<br><br>**4. GOODS SOLD AND DELIVERED;**<br><br>**5. REASONABLE VALUE** |

BUCHALTER LLP
LOS ANGELES

1
**COMPLAINT**

Plaintiff, TOM CLARK CONFECTIONS, a California corporation ("Plaintiff") complains and alleges as follows:

### THE PARTIES

1.    Plaintiff is a California corporation with its principal place of business located in the City of Glendora, County of Los Angeles, State of California.

2.    Plaintiff is informed and believes, and based thereon alleges, that Kudo Snacks Corp. is a Wyoming corporation formerly known as Salvation Nutraceuticals Inc. and doing business as Kudo Snacks Inc. and Kudo Snacks ("Defendant Kudo Snacks") with its principal place of business located in the City of Sandy, State of Utah.

3.    Plaintiff is unaware of the true names, capacities, or bases for liabilities of defendants DOES 1 through 20, inclusive, and therefore sues these defendants by their fictitious names. Upon Plaintiff ascertaining their true names, capacities, or basis for liability, Plaintiff will amend this Complaint. Plaintiff is informed, believes, and thereon alleges that defendants DOES 1 through 20, inclusive, and each of them, are liable to Plaintiff.

4.    As set forth in detail below, the claims in this Complaint are based upon money due to Plaintiff by Defendant Kudo Snacks with respect to unpaid written invoices which identify certain food products purchased over the phone by Defendant.

### JURISDICTION AND VENUE

5.    Jurisdiction is based on 28 U.S.C. §§1332 and 1348 in that this is a civil action between citizens of different states and in which the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs.

6.    This Court has specific personal jurisdiction over Kudo Snacks because the claims asserted in this Complaint arise out of Kudo Snacks' contacts with this state by entering into a contractual relationship centered in this judicial district. Kudo Snacks placed orders for food products from Plaintiff in the City of

Glendora to manufacture for Kudo Snacks on a recurring basis for months. Upon information and belief, Kudo Snacks contracted with a third party to pick up on its behalf the ordered products from Plaintiff's warehouse in Glendora for distribution. Upon information and belief, Kudo Snacks also worked with third party Acosta Sales and Marketing's office in the City of Garden Grove to launch Kudo Snacks.

7. Venue is proper in this district pursuant to 28 U.S.C. § 1391(b)(2) because a substantial part of the events giving rise to this action occurred in this judicial district. The subject obligation was derived from food products picked up and distributed in Glendora, California, where Plaintiff maintains its principal office and performance of the agreements as defined hereinbelow, was to take place.

8. Plaintiff is a citizen of the State of California. Plaintiff is informed and believes, and based thereon alleges, that Defendant is a citizen of the State of Utah.

## FIRST CLAIM FOR RELIEF

### Breach of Contract

### (Against Defendant Kudo Snacks)

9. Plaintiff incorporates by reference all allegations contained in Paragraphs 1 through 7, inclusive, of the Complaint as if those allegations were set forth herein.

10. Between September 8, 2025 and December 15, 2025, Plaintiff and Defendant Kudo Snacks entered into a series of agreements, which are evidenced in writing by invoices, whereby Defendant Kudo Snacks placed telephone orders for certain food products from Plaintiff, and Plaintiff would then manufacture and deliver the products to Defendant Kudo Snacks, along with a corresponding written invoice identifying the goods delivered and the amounts owed by Defendant Kudo Snacks to Plaintiff (the "Agreements").

BUCHALTER LLP
LOS ANGELES

3

**COMPLAINT**

11. Plaintiff fully performed the Agreements by timely making available for pick up at its Glendora, California location the conforming food products to Defendant Kudo Snacks.

12. The food products were sold on net thirty (30) day payment terms pursuant to the "Terms" on each Invoice, which Plaintiff provided to Defendant Kudo Snacks.

13. In connection with the Agreements, Plaintiff issued invoices to Defendant Kudo Snacks, identified by Invoice Nos. 0060706-IN, 0060707-IN, 0060708-IN, 0060709-IN, 0060710-IN, 0060711-IN, 0060715-IN, 0060716-IN, 0060831-IN, 0060833-IN, 0060834-IN, 0060832-IN, 0060881-IN, 0060897-IN, 0060923-IN, 0060924-IN, 0060925-IN, 0060935-IN, 0060943-IN, 0060984-IN, 0060985-IN, 0060986-IN, 0060987-IN, 0060988-IN, 0061014-IN, 0061202-IN, 0061278-IN, 0061279-IN, 0061304-IN, 0061305-IN, 0061306-IN, 0061307-IN, 0061308-IN, 0061309-IN, 0061311-IN, 0061313-IN, 0061314-IN, 0061315-IN, 0061316-IN, 0061327-IN, 0061330-IN, 0061331-IN, 0061332-IN, 0061333-IN and 0061359-IN (collectively, the "Invoices").

14. Defendant Kudo Snacks breached the Agreements by failing to pay Plaintiff's Invoices within thirty (30) days of the date of issuance. As a result, Plaintiff has sent multiple communications to Defendant Kudo Snacks, however Defendant has failed and continues to fail to make payment to Plaintiff under the terms of the Agreements described herein.

15. There is now due, owing and payable to Plaintiff from Defendant Kudo Snacks, and Does 1 through 25, inclusive, in accordance with the terms of the Agreements, the sum of $147,555.89, plus interest at the legal rate according to proof at the time of trial or entry of judgment.

/ / /

BUCHALTER LLP
LOS ANGELES

4
**COMPLAINT**

## SECOND CLAIM FOR RELIEF

### For Account Stated

### (Against Defendant Kudo Snacks)

16. Plaintiff repeats and realleges the allegations contained in Paragraphs 1 through 14, inclusive, in this Complaint, which are incorporated herein by reference.

17. Within the last four years, an account has been stated in writing between Plaintiff and Defendant Kudo Snacks, wherein it was agreed that Defendant Kudo Snacks owed Plaintiff a sum not less than $147,555.89.

18. Although Plaintiff has demanded payment, and there is now due, owing, and unpaid to Plaintiff a sum not less than $147,555.89, plus interest at the legal rate according to proof at the time of trial or entry of judgment.

## THIRD CLAIM FOR RELIEF

### For Open Book Account

### (Against Defendant Kudo Snacks)

19. Plaintiff repeats and realleges the allegations contained in Paragraphs 1 through 17, inclusive, in this Complaint, which are incorporated herein by reference.

20. Although Plaintiff has demanded payment, Defendant Kudo Snacks have failed and refused, and continue to fail and refuse to pay the sums due and owing, and there is now due, owing, and unpaid to Plaintiff a sum not less than $147,555.89, plus interest at the legal rate according to proof at the time of trial or entry of judgment.

/ / /

/ / /

/ / /

/ / /

/ / /

BUCHALTER LLP
LOS ANGELES

**COMPLAINT**

## FOURTH CLAIM FOR RELIEF

### For Goods Sold and Delivered

### (Against Defendant Kudo Snacks)

21.     Plaintiff repeats and realleges the allegations contained in Paragraphs 1 through 19, inclusive, in this Complaint, which are incorporated herein by reference.

22.     Within the last four years, Defendant Kudo Snacks became indebted to Plaintiff for goods sold and delivered by Plaintiff to Defendant Kudo Snacks, at Defendant Kudo Snacks's insistence and request.

23.     At the time of the sale and delivery of the goods, Defendant Kudo Snacks agreed to pay the unpaid debt, now totaling $147,555.89, plus interest at the legal rate according to proof at time of trial or entry of judgment.

24.     Although demand for payment has been made, Defendant Kudo Snacks has failed and refused, and continue to fail and refuse, to pay the sums due and owing, and there is still due, owing and unpaid to Plaintiff from said Defendant the sum of $147,555.89, plus interest at the legal rate according to proof at time of trial or entry of judgment.

## FIFTH CLAIM FOR RELIEF

### For Reasonable Value

### (Against Defendant Kudo Snacks)

25.      Plaintiff repeats and realleges the allegations contained in Paragraphs 1 through 23, inclusive, in this Complaint, which are incorporated herein by reference.

26.     Within the last four years, Plaintiff sold and delivered to defendants certain goods at Defendant Kudo Snack's special request, the reasonable value of which defendants then and there agreed to pay to Plaintiff.

/ / /

/ / /

27.   At the time of the sale and delivery of the goods, the aggregate reasonable value of the goods was the sum of $147,555.89.  Although demand has been made for the balance, the whole of the above sum has not been paid.

28.   There is now due, owing and unpaid from defendants to Plaintiff the sum of not less than $147,555.89.

## PRAYER

**WHEREFORE**, Plaintiff prays for judgment against all Defendants in this action as follows:

### AS TO THE FIRST CLAIM

1.   For the principal sum of $147,555.89, plus interest at the legal rate according to proof, until paid in full or date of entry of judgment;

### AS TO THE SECOND, THIRD, FOURTH & FIFTH CLAIM

2.   For the principal sum of $147,555.89, plus interest at the legal rate according to proof, until paid in full or date of entry of judgment;

### AS TO ALL CLAIMS

3.   For costs of suit herein incurred; and

4.   For such other and further relief as the court may deem proper.

DATED:  March 17, 2026                    BUCHALTER LLP


By:  */s/ C. Dana Hobart*
        C. DANA HOBART
        Attorneys for Plaintiff,
        TOM CLARK CONFECTIONS

BUCHALTER LLP
LOS ANGELES

7
**COMPLAINT**