UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   2:26cv02841 CAS (PDx)                              Date: April 23, 2026

Title   *TOM CLARK CONFECTIONS v. KUDO SNACKS CORP., fka SALVATION NUTRACEUTICALS, INC. dba KUDO SNACKS, INC. dba KUDO SNACKS*

Present: The Honorable:   CHRISTINA A. SNYDER, U.S. DISTRICT SENIOR JUDGE

| Catherine Jeang | Not Present |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:  (IN CHAMBERS) – ORDER TO SHOW CAUSE**

　　**IT IS HEREBY ORDERED** that **PLAINTIFF** show cause in writing not later than **May 14, 2026**, why this action should not be dismissed for lack of prosecution as to defendant**.**

　　In accordance with Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7.15, oral argument shall not be heard in the above matter unless so ordered by the Court.  The Order to Show Cause will stand submitted upon the filing of briefs.

　　Plaintiff is advised that the Court will consider an answer by **defendant KUDO SNACKS CORP.,** *fka* **SALVATION NUTRACEUTICALS, INC.,** *dba* **KUDO SNACKS, INC.,** *dba* **KUDO SNACKS,** or plaintiff's request for entry of default on this defendant on or before the above date, as a satisfactory response to the Order to Show Cause.

|  | 00:00 |
|---|---|
| **Initials of Preparer** | CMJ |